

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00056-CV

**EX PARTE N.A.**

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000306
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the joint motion filed by the parties is GRANTED, the trial court's order of expunction signed on September 1, 2020 is REVERSED, and judgment is RENDERED in favor of appellant, the Texas Department of Public Safety, in accordance with the terms of the parties' agreement.

We order that appellant, the Texas Department of Public Safety, recover its costs of this appeal, if any, from appellant, N.A.

SIGNED March 24, 2021.

_____
Beth Watkins, Justice